

**U.S. Department of Justice**

Civil Division
Federal Programs Branch
20 Massachusetts Ave, N.W.
Washington, DC 20530

**MEMO ENDORSED**

p. 2

April 14, 2015

<u>VIA ECF</u>

The Honorable Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2015

Re: *Duka v. SEC*, No. 15-cv-357 (RMB)

Dear Judge Berman:

    We write on behalf of Defendant the Securities and Exchange Commission ("SEC") to respectfully request a second extension of time in which to answer or otherwise respond to the Complaint in this case.

    As the Court is aware, the SEC had intended to move to dismiss the Complaint by its original deadline of March 23, 2015, but this Court ruled that such a motion was unnecessary due to the fully-briefed motion for a preliminary injunction filed by Plaintiff. ECF No. 29. Because this Court's ruling did not address whether the SEC's deadline was extended, Defendant sought an extension of time to answer or otherwise respond to the Complaint, and this Court granted an extension until April 21, 2015. ECF No. 31.

    The SEC now respectfully requests that it be given until 30 days following this Court's ruling on Plaintiff's motion for a preliminary injunction to answer or otherwise respond to the Complaint. The undersigned has conferred with counsel for Plaintiff and he informed me that he consents to the SEC's request for extension of time.

    We thank you for your consideration of this request.

Dated: April 14, 2015

PREET BHARARA
United States Attorney

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

- 1 -

JEANNETTE A. VARGAS  
Assistant United States Attorney  
U.S. Attorney's Office  
Southern District of New York  
86 Chambers Street, 3rd Fl.  
New York, NY 10007  
Telephone: (212) 637-2678  
Facsimile: (212) 637-2702  

KATHLEEN R. HARTNETT  
Deputy Assistant Attorney General  

JENNIFER D. RICKETTS  
Director, Federal Programs Branch  

SUSAN K. RUDY  
Assistant Director, Federal Programs Branch  

/s/ *Jean Lin*  
JEAN LIN  
JUSTIN M. SANDBERG  
ADAM GROGG  
U.S. Dept. of Justice, Civil Division,  
    Federal Programs Branch  
20 Massachusetts Ave. NW  
Washington, DC 20530  
Phone: (202) 514-3716  
Fax: (202) 616-8202  
Email: jean.lin@usdoj.gov  

> Parties should meet +
> confer + advise the Court
> Jointly re: schedule proposed.
>
> SO ORDERED
> Date: 4/15/15
> /s/ Richard A. Berman
> Richard M. Berman, U.S.D.J.